**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

**KOLESZAR FARM LLC,**                    :
                    *Debtor*              :        **CHAPTER 11 – BANKRUPTCY**
                                          :        **APPEAL**
                                          :
                                          :        **No. 21-5145**


**O R D E R**

      **AND NOW,** this _21st_ day of April, 2022,  upon consideration of the Debtor/Appellant

Koleszar Farm, LLC's Emergency Motion for Stay Pending Appeal (Doc. No. 5), and the parties'

representations to the Court during the telephone conference held on April 21, 2022, it is hereby

**ORDERED** that:

1.  The Motion for Stay Pending Appeal (Doc. No. 5) is **GRANTED** and the

    Bankruptcy Court's November 4, 2021 Order (Case No. 21-11653, Doc. No. 78),

    annulling the automatic stay with respect to the Debtor/Appellant's property

    located at 348 Pineville Road, Newtown, Upper Makefield Township,

    Pennsylvania 18940, and the Writ of Possession issued by the Bucks County Court

    of Common Pleas in the case, *Wilmington Trust, National Association, not in its*

    *individual capacity, but solely as trustee for MFRA Trust 2014-2 vs. Koleszar Farm*

    *LLC, et al.,* Docket No. 2021-06618, due, inter alia, to the annulment of the

    automatic stay, are **TEMPORARILY STAYED;**

2.  The temporary stay will remain in place until **12:00 p.m.** on **April 27, 2022,** and

    will expire on its own at **5:00 p.m.** on **April 27, 2022,** unless extended by an Order

    of this Court; and

3.  The parties must submit the requested supplemental briefing to this Court no later

than **5:00 p.m.** on **April 25, 2022**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE