## IN THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Koleszar Farm LLC<br>            Debtor(s)/Appellant<br><br>Koleszar Farm LLC<br>            Appellant<br>    vs.<br><br>Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br><br>            Appellee | CASE NO: 2:21-cv-05145-GEKP |

### **ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Appellee, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, in the above-captioned matter. Also, kindly add the undersigned to the electronic email notification list for this matter.

Respectfully submitted,

KML Law Group, P.C.

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532
(215) 627-1322
rsolarz@kmllawgroup.com
Attorney for Appellee