**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **KOLESZAR FARM LLC** | : | **CHAPTER 11 – BANKRUPTY APPEAL** |
| *Debtor* | : | |
| | : | NO.  21-5145 |

<u>**NOTICE RESCHEDULING TELEPHONE CONFERENCE**</u>

The **TELEPHONE CONFERENCE** in the above matter has been rescheduled for **April 28, 2022** at **10:00 a.m.** with the Honorable Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Parties are instructed to telephone 888-684-8852, then enter 3051753# to be connected with the Judge.

<u>*s/Susan Flaherty*</u>
**SUSAN FLAHERTY**
Civil Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: April 25, 2022
Copies sent via ECF notification**