## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**KOLESZAR FARM LLC**             :          **CHAPTER 11 – BANKRUPTY APPEAL**
*Debtor*                         :
                                 :          **NO.  21-5145**

## AMENDED NOTICE OF HEARING

The Telephone Conference previously scheduled in the above matter on April 28, 2022 at

10:00 a.m. is cancelled.  A **HEARING** has been scheduled for **April 28, 2022** at **10:00 a.m.** in

**Courtroom 10B** with the Honorable Gene E.K. Pratter, United States Courthouse, 601 Market

Street, Philadelphia, PA 19106.


                                 *s/Susan Flaherty*
                                 **SUSAN FLAHERTY**
                                 Civil Courtroom Deputy
                                 to the Honorable Gene E.K. Pratter
                                 United States District Court Judge


**Date of Notice: April 26, 2022**
**Copies sent via ECF notification**