IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **CHAPTER 11 – BANKRUPTCY APPEAL** |
| **KOLESZAR FARM LLC,** | |
| *Debtor* | **No. 21-5145** |

**ORDER**

**AND NOW,** this 29th day of April, 2022, upon consideration of the Debtor/Appellant Koleszar Farm, LLC's Emergency Motions for Stay Pending Appeal (Doc. Nos. 5 & 8), Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2's Brief in Opposition (Doc. No. 12), and Koleszar Farm's Brief in Support (Doc. No. 13), it is hereby **ORDERED** that Koleszar Farm's Emergency Motions for Stay (Doc. Nos. 5 & 8) are **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1