IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **KOLESZAR FARM LLC** | : | **CHAPTER 11 – BANKRUPTCY APPEAL** |
| | : | |
| **Debtor.** | : | **21-cv-05145-GEKP** |

# ORDER

AND NOW, upon consideration of the Stipulation to Dismiss Appeal with Prejudice filed pursuant to Fed.R.Civ.P. 42(a), it is hereby **ORDERED** that the appeal filed in this matter on November 18, 2021, is **DISMISSED** with prejudice.

BY THE COURT:

HONORABLE GENE E.K. PRATTER, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **KOLESZAR FARM LLC** | : | **CHAPTER 11 – BANKRUPTCY APPEAL** |
| | : | |
| Debtor. | : | 21-cv-05145-GEKP |

**STIPULATION**

The Debtor/Appellant, Koleszar Farm LLC, and Appellees, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, and the United States Trustee, hereby request that this Honorable Court dismiss the appeal filed by Debtor/Appellant, Koleszar Farm LLC, pursuant to Fed.R.Civ.P. 42(a) and the terms set forth in this Stipulation.

1. The Debtor/Appellant, Koleszar Farm LLC, and Appellee, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, have reached a settlement of the matters that are the subject of the Debtor/Appellant's appeal.

2. Although Appellee, United States Trustee, is not a party to the settlement between the Debtor/Appellant, Koleszar Farm LLC, and Appellee, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, the United States Trustee has no objection to dismissal of the Debtor/Appellant's appeal.

GIARAMITA LAW OFFICES, P.C., BY:

_____
Michael Antonio Giaramita, Jr.
Attorney ID #319299
157 Little Conestoga Road, 2nd Floor
Chester Springs, PA 19425

Attorney for Debtor/Appellant


KML LAW GROUP, P.C., BY:


_____
Michael T. McKeever
Attorney ID #56129
Rebecca A. Solarz
Attorney ID # 315936
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Attorney for Wilmington Trust, N.A.


OFFICE OF THE UNITED STATES TRUSTEE, BY:

_____
Robert Joseph Schnieder, Jr.
Attorney ID # 54626
One Newark Center, Suite 2100
Newark, NJ 07102

Attorney for United States Trustee

GIARAMITA LAW OFFICES, P.C., BY:

_____
Michael Antonio Giaramita, Jr.
Attorney ID #319299
157 Little Conestoga Road, 2nd Floor
Chester Springs, PA  19425

<u>Attorney for Debtor/Appellant</u>

KML LAW GROUP, P.C., BY:

  /s/Rebecca A. Solarz, Esq._____
Michael T. McKeever
Attorney ID #56129
Rebecca A. Solarz
Attorney ID # 315936
701 Market Street, Suite 5000
Philadelphia, PA  19106-1532

<u>Attorney for Wilmington Trust, N.A.</u>

OFFICE OF THE UNITED STATES TRUSTEE, BY:

_____
Robert Joseph Schnieder, Jr.
Attorney ID # 54626
One Newark Center, Suite 2100
Newark, NJ  07102

<u>Attorney for United States Trustee</u>