# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 – BANKRUPTCY APPEAL |
| KOLESZAR FARM LLC, *Debtor* | No. 21-5145 |

## ORDER

**AND NOW**, this 6th day of May, 2022, upon consideration of the parties' Stipulation of Dismissal (Doc. No. 19), it is hereby **ORDERED** that the appeal filed in this matter on November 18, 2021 is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1