UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

George Wylesol
Clerk of Court

Clerk's Office
215-597-7704

7/7/2022

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA   19107-4299

     RE: KOLESZAR FARM, LLC
        CA No.   21-CV-5145
        Bky. No. 21-11653AMC
        Adv. No.

Dear Mr. McGrath:

 Enclosed herewith is the original Bankruptcy Record, together with a copy of the Order which was filed in this office on 5/6/22.

 Kindly acknowledge receipt on the copy of letter provided.   Please return to InterdistrictTransfer_PAED@paed.uscourts.gov

           Sincerely,

           George Wylesol
           Clerk of Court

           By:___s/Frank Del Campo_____
             Frank Del Campo, Deputy Clerk

Received above record this 8th day of July, 2022

_____
(Signature)

bankrec.frm